| | |
|---|---|
| 1 | DELFINO MADDEN O'MALLEY COYLE & KOEWLER LLP |
| 2 | MONICA HANS FOLSOM (Bar No. 227379) |
| | KRISTIN N. IVANCO (Bar No. 294993) |
| 3 | 500 Capitol Mall, Suite 1550 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 661-5700 |
| | Facsimile: (916) 661-5701 |
| 5 | mfolsom@delfinomadden.com |
| | kivanco@delfinomadden.com |

Attorneys for Plaintiff
SACCANI DISTRIBUTING COMPANY,
a California corporation

HUSCH BLACKWELL, LLP
RICHARD A. ILLMER (Bar No. 10388350)
CHALON N. CLARK (TX Bar No. 24050045)
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
Telephone: (214) 999-6100
Facsimile: (214) 999-6170
rick.illmer@huschblackwell.com
chalon.clark@huschblackwel.com

Attorneys for Defendant
KEURIG DR PEPPER INC.,
a Delaware corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNAI

| | |
|---|---|
| SACCANI DISTRIBUTING COMPANY, a California corporation, | CASE NO. 2:20-cv-00786-JAM-EFB |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT AND RELATED DATES** |
| v. | |
| KEURIG DR. PEPPER INC., a Delaware corporation; and DOES 1 through 20, inclusive, | Complaint Filed: February 4, 2020 |
| | Trial Date: Not Yet Scheduled |
| Defendants. | |

{00147883.2}                               1

STIPULATION AND [PROP] ORDER CONTINUING DEADLINE TO FILE FRCP RULE 26 JOINT STATUS REPORT

**STIPULATION**

This Stipulation to Continue Deadline to File Joint Status Report (as set forth in ECF Doc. 2) is entered into by and between Plaintiff Saccani Distributing Company and Defendant Keurig Dr. Pepper Inc. (collectively, "Parties"). In accord with Eastern District of California Local Rule 143(a)(1), the Parties to this Stipulation, by and through their respective counsel, HEREBY STIPULATE as follows:

1. Because the Parties are in the process of engaging in meaningful settlement negotiations, and because the current deadline for the Rule 26(f) conference and filing the related Joint Status Report is Monday, June 15, 2020, the Parties jointly request that the Court continue the deadline for filing the Joint Status Report and associated deadlines (including for the Rule 26(f) conference). There is currently no Status (Pretrial Scheduling) Conference scheduled.

<u>Background</u>

2. Plaintiff filed its Complaint (ECF Doc. 1 at 17-24) in the Sacramento County Superior Court of California on February 4, 2020.

3. Defendant removed this action to the Eastern District Court of California on April 16, 2020 (ECF Doc. 1).

4. The Court issued its Order Requiring Service of Process and Joint Status Report on April 16, 2020 (ECF Doc. 2). That Order ordered the Parties to confer as required by FRCP 26(f) and prepare and submit to the Court a joint status report that includes the Rule 26(f) discovery plan within sixty (60) days from the date of removal (ECF Doc. 2).

5. The Parties began settlement discussions on or about May 1, 2020 and have continued to engage in such discussions through the date of the filing of this Stipulation.

6. As part of their settlement negotiations, all Parties agreed that it made sense to stipulate to a short continuance of the deadline to file the Joint Status Report, and related dates (including the Rule 26(f) conference deadline), given the progress of the settlement discussions.

7. There is good cause to continue the deadline to file the Joint Status Report, and related dates (including the Rule 26(f) conference deadline), to allow the Parties to continue to engage in good faith settlement discussion. It would conserve party and judicial resources for the Rule 26(f)

{00147883.2}                                  2
STIPULATION AND [PROP] ORDER CONTINUING DEADLINE TO FILE FRCP RULE 26 JOINT STATUS REPORT

conference and status report to be continued to allow the Parties to exhaust their settlement discussions.

### Request

8. Accordingly, the Parties request this Court issue an order continuing the Joint Status Report, and related dates (including the Rule 26(f) conference deadline), by thirty (30) days.

DATED: June 15, 2020    DELFINO MADDEN O'MALLEY COYLE & KOEWLER LLP

By: /s/ Monica Hans Folsom
  MONICA HANS FOLSOM
  KRISTIN N. IVANCO
  Attorneys for Plaintiff
  SACCANI DISTRIBUTING COMPANY

DATED: June 15, 2020    HUSCH BLACKWELL LLP

BY: /s/ Richard A. Illmer (as authorized 6/15/2020)
  RICHARD A. ILLMER
  CHALON N. CLARK
  Attorneys for Defendant
  KEURIG DR. PEPPER INC.

**ORDER**

Pursuant to the joint stipulation of the Parties, and good cause appearing:

The Parties' deadline for filing the Joint Status Report and associated deadlines (including for the Rule 26(f) conference) as set forth in the Court's Order Requiring Service of Process and Joint Status Report on April 16, 2020 (ECF Doc. 2) are hereby continued by thirty (30) days.

**IT IS SO ORDERED.**

DATED: June 16, 2020                               /s/ John A. Mendez
                                                   U. S. District Court Judge