Monica Hans Folsom (Bar No. 227379)
mfolsom@delfinomadden.com
Kristin N. Ivanco (Bar No. 294993)
kivanco@delfinomadden.com
**DELFINO MADDEN O'MALLEY COYLE & KOEWLER LLP**
500 Capital Mall, Suite 1550
Sacramento, California 95814
(916) 661-5700
(916) 661-5701 *facsimile*
**Attorneys for Plaintiff Saccani Distributing Company**

Nicholas P. Carrigan (SBN 249584)
ncarrigan@bohmwildish.com
James G. Bohm (SBC 132430)
jbohm@bohmwildish.com
**BOHM WILDISH & MATSEN, LLP**
695 Town Center Drive, Suite 700
Costa Mesa, California 92626
(714) 384-6500
(714) 384-6501 *facsimile*

Richard A. Illmer[1]
Texas Bar No. 10388350
Rick.illmer@huschblackwell.com
Chalon N. Clark[2]
Texas Bar No. 24050045
Chalon.clark@huschblackwell.com
**HUSCH BLACKWELL, LLP**
1900 N. Pearl Street, Suite 1800
Dallas, Texas 75201
(214) 999-6100
(214) 999-6170 *facsimile*
**Attorneys for Defendant Keurig Dr Pepper Inc**.

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SACCANI DISTRIBUTING COMPANY, a California corporation,<br><br>        Plaintiff,<br><br>v.<br><br>KEURIG DR PEPPER, INC., a Delaware corporation; and DOES 1 through 20, inclusive,<br><br>        Defendants. | Case No.  2:20-cv-00786-JAM-EFB<br><br>**STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE; [ORDER** |

---

1. Richard A. Illmer was admitted to this Court in this matter *pro hac vice* by Order entered April 24, 2020 [Dkt. 6].
2. Chalon N. Clark was admitted to this Court in this matter *pro hac vice* by Order entered May 4, 2020 [Dkt. 9].

{00148824.4}                                                     1

IT IS HEREBY STIPULATED by and between Plaintiff Saccani Distributing Company ("Saccani") and Defendant Keurig Dr Pepper Inc. ("KDP") (collectively the "Parties"), by and through their respective counsel, that pursuant to F.R.C.P. 41(a)(1)(A)(ii), the above-captioned action be dismissed with prejudice in its entirety. Each party to bear its own attorneys' fees and costs.

DATED: July 29, 2020    DELFINO MADDEN O'MALLEY COYLE & KOEWLER LLP

By: /s/_____
MONICA HANS FOLSOM
KRISTIN N. IVANCO
Attorneys for Plaintiff
SACCANI DISTRIBUTING COMPANY

DATED: July 27, 2020    HUSCH BLACKWELL LLP

By: /S/_____
RICHARD A. ILLMER
CHALON N. CLARK
Attorneys for Defendant
KEURIG DR. PEPPER INC.

**ORDER**

Pursuant to the foregoing Stipulation,

IT IS HEREBY ORDERED that this action be DISMISSED with prejudice in its entirety. Each party shall be responsible for their own attorney's fees and costs.

IT IS SO ORDERED.

Dated:  August 13, 2020

/s/ John A. Mendez_____
JOHN A. MENDEZ, JUDGE
UNITED STATES DISTRICT COURT

{00148824.4}                1